ACCEPTED
05-14-01148-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
4/9/2015 12:06:15 PM
LISA MATZ
CLERK

## No. 05-14-01148-CV

IN THE COURT OF APPEALS
FOR THE FIFTH DISTRICT OF TEXAS
AT DALLAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
4/9/2015 12:06:15 PM
LISA MATZ
Clerk

**Greenwood Motor Lines, Inc. d/b/a R+L Carriers
and Steven C. Gaston,**
*Appellants*,

**v.**

**Bobbie Bush,**
*Appellee*.

On Appeal from the 298th Judicial District Court of Dallas County, Texas,
Trial Court Cause No. DC-11-16041-M

## UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED BRIEF OF APPELLEE

TO THE HONORABLE FIFTH COURT OF APPEALS:

Appellee, Bobbie Bush, respectfully files this Unopposed Motion for Leave to File Corrected Brief of Appellee, and shows as follows:

1. Appellee timely filed her brief on March 25, 2015.

2. Appellee requests leave to file a Corrected Brief of Appellee for the sole purpose of correcting a few typographical errors and record citations that were not finalized appropriately before the Brief of Appellee was filed. There are no substantive alterations in the corrected brief, and no additional arguments.

3.     Counsel for the Appellants have been contacted and do not oppose the filing of the corrected brief.

4.     Appellee respectfully requests that the Court discard the original version of her Brief of Appellee and substitute the Corrected Brief of Appellee tendered simultaneously with this motion.

## PRAYER

Appellee respectfully requests that the Court grant her leave to file her Corrected Brief of Appellee, discard the original Brief of Appellee, and substitute the Corrected Brief of Appellee tendered simultaneously with this motion to be filed for use in this appeal.

Respectfully submitted,

BECK REDDEN LLP

By:     /s/ *Russell S. Post*
       Russell S. Post
       State Bar No. 00797258
       rpost@beckredden.com
       William R. Peterson
       State Bar No. 24065901
       wpeterson@beckredden.com
1221 McKinney Street, Suite 4500
Houston, TX  77010
(713) 951-3700
(713) 951-3720 (Fax)

*Counsel for Appellee,*
*Bobbie Bush*

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Appellants regarding this motion, and Appellants do not oppose the requested relief.

/s/ *Russell S. Post*
Russell S. Post


## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2015, a true and correct copy of the above and foregoing motion was forwarded to all counsel of record for Appellants by the Electronic Service Provider, if registered, otherwise by email, as follows:

Bobbie L. Stratton
Jeffrey W. Hastings
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
1301 McKinney, Suite 3700
Houston, TX 77010
bstratton@bakerdonelson.com
jhastings@bakerdonelson.com

*Attorneys for Appellants*
*Greenwood Motor Lines, Inc. d/b/a R+L Carriers and Steven Gaston*

/s/ *Russell S. Post*
Russell S. Post